FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 23 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>- against -<br><br>NEWEGG INC.,<br><br>Defendants. | **ECF Case**<br><br>**1:19-cv-622-ARR-CLP**<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for the parties, plaintiff Pedro Martinez and defendant, Newegg Inc. (collectively, the

"Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of

the claims that were asserted or that could have been asserted in the above-captioned action are

hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the

Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an

infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy

signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

be filed, without further notice, with the Clerk of the Court by any Party herein.

ACTIVE\53784909.v1

Dated: New York, New York
August 19, 2019

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
44 Court Street, Suite 1217
Brooklyn, New York 11201
Telephone: (917) 373-9128
Facsimile: (718) 504-7555
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS

By: _____
Peter T. Shapiro, Esq.
77 Water Street
New York, New York 10005
Telephone: (212) 232-1322
Facsimile: (212) 232-1399
Email: peter.shapiro@lewisbrisbois.com
*Attorneys for Defendant*

/s/(ARR)

SO ORDERED: _____

ACTIVE\53784909.v1